UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DOROTHY WEBB,

      Plaintiff,

v.                                  Civil Action No.: 1:20-cv-946

SOUTHERN CHRISTIAN TRANSPORTATION, INC.,

      Serve:  c/o Registered Agent, Robert Locklear
                  528 Whistling Rufus Road
                  Pembroke, North Carolina  28372

and

BILLY OXENDINE,

      Serve:  Billy Oxendine
                  106 W. Sunset Drive
                  Red Springs, North Carolina  28377-2024

      **Defendants.**

## COMPLAINT

COMES NOW the Plaintiff, Dorothy Webb, by counsel, and for her Complaint seeking judgment and award of execution against the Defendants, Southern Christian Transportation, Inc. and Billy Oxendine, jointly and/or severally, states as follows:

### PARTIES

1. The plaintiff is Dorothy Webb ("Plaintiff"), a resident of the District of Columbia.

2. Defendant Southern Christian Transportation, Inc. ("SCT") is a North Carolina corporation engaged in the freight-shipping and hauling business.

3. Defendant Billy Oxendine ("Oxendine") was the driver of the tractor-trailer involved in the subject Crash.

4. Oxendine is a citizen of North Carolina.

5. At all times relevant hereto, Oxendine was an employee/agent of SCT, acting within the scope of his employment with SCT.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. §1332(a) because the plaintiff is a citizen of a different state than each of the defendants, who are themselves not citizens of the Commonwealth of Virginia, and the disputed amount exceeds $75,000, excluding interest and costs.

7. Venue is proper in this district and division under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district and division.

## FACTUAL ALLEGATIONS

8. On or about July 24, 2019, Plaintiff was driving her vehicle southbound on Interstate-95 in Stafford County, Virginia.

9. At the same time and place, while acting within the scope of his employment/agency with SCT, Oxendine was driving a tractor-trailer, owned by SCT ("the tractor-trailer"), southbound on Interstate-95 in Stafford County, Virginia.

10. At the time of the crash, SCT and Oxendine were all defined as motor carriers under the Federal Motor Carrier Safety Regulations.

11. At or near mile marker 135.8 of southbound Interstate-95, Oxendine caused his tractor-trailer to crash violently into the rear of Plaintiff's vehicle ("the Crash").

12. As a result of the Crash, Plaintiff suffered multiple, serious injuries.

13. Oxendine's actions were such that Oxendine failed to keep proper control of his tractor-trailer, failed to operate his tractor-trailer at a safe and/or lawful speed, failed to keep a proper lookout, failed to operate his tractor-trailer at a reasonable and prudent distance from other vehicles, failed to operate his tractor-trailer in a safe and proper manner, and his actions were otherwise negligent.

## COUNT 1 – NEGLIGENCE

14. All preceding paragraphs are re-alleged herein.

15. Oxendine had a duty to operate his tractor-trailer in a safe and reasonable manner and to obey all traffic laws.

16. Oxendine failed in this duty and his actions constitute negligence.

17. The negligence of Oxendine was a proximate cause of the Crash and Plaintiff's damages.

## COUNT 2 – VICARIOUS LIABILITY

18. All preceding paragraphs are re-alleged herein.

19. As Oxendine's employer/ principal, SCT is liable for Oxendine's negligence under the doctrine of respondeat superior.

20. As Oxendine's employer/ principal, SCT is vicariously liable for the negligence of Oxendine, including that which proximately caused Plaintiff's injuries and damages.

21. The negligence of Oxendine and SCT was a proximate cause of the Crash and Plaintiff's injuries and damages.

## DAMAGES

22. All preceding paragraphs are re-alleged herein.

23. As a direct and proximate cause of the negligence of the Defendants, as described above, Plaintiff suffered damages in the following particulars:

   a. Bodily injuries both permanent and nonpermanent in nature which have affected the Plaintiff's health;

   b. Past, present and future physical pain;

   c. Past, present, and future mental anguish;

   d. Past, present and future inconvenience;

   e. Past, present, and future deformity and disfigurement and related embarrassment;

   f. Past, present and future medical expenses;

   g. Past, present and future lost earnings and a lessening of earning capacity; and

   h. Other out-of-pocket expenses and damages resulting from this occurrence.

## MISCELLANEOUS

24. Trial by jury is demanded.

25. Plaintiff reserves the right to amend these pleadings as necessitated by discovery.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Dorothy Webb, demands judgment against the Defendants, Southern Christian Transportation, Inc. and Billy Oxendine, jointly and severally, in the sum of Five Million Dollars ($5,000,000.00) in compensatory damages, plus pre-judgment interest from the date of the Crash, and for such other and further relief this Honorable Court may deem just and proper.

DOROTHY WEBB, Plaintiff

By: /s/ Justin M. Sheldon

Charles B. Molster, III, Esquire (VSB No. 23613)
The Law Offices of Charles B. Molster, III, PLLC
2141 Wisconsin Avenue, N.W., Ste. M
Washington, D.C.  20007
Telephone:  (703) 346-1505
cmolster@molsterlaw.com

Drew D. Sarrett, Esquire (VSB No.            )
The Sarrett Law Firm, PLLC
8100 Three Chopt Road, Suite 203
Richmond, Virginia  23229
Telephone:  (804) 303-1951
Facsimile:  (804) 250-6005
drew@sarrettlawfirm.com

Justin Sheldon, Esquire (VSB No. 82632)
Joseph Cantor, Esquire (VSB No. 92145)
Kevin Biniazan, Esquire (VSB No. 92109)
Irvin V. Cantor, Esquire (VSB No. 17870)
Elliott M. Buckner, Esquire (VSB No. 45227)
BREIT CANTOR GRANA BUCKNER, PLLC
7130 Glen Forest Drive, Suite 400
Richmond, Virginia  23226
Telephone: (804) 644-1400
Facsimile: (804) 644-9205
jsheldon@breitcantor.com
jcantor@breitcantor.com
kbiniazan@breitcantor.com
icantor@breitcantor.com
ebuckner@breitcantor.com

*COUNSEL FOR PLAINTIFF*